**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT**

| | |
|---|---|
| DAVID GORDON MOUNTFORD, <br><br> Petitioner, <br><br> v. <br><br> THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. CV 07-6272-SVW (JWJ) <br><br> **ORDER TO SHOW CAUSE** |

On January 23, 2008, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus. On January 25, 2008, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by February 8, 2008." To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to

1  Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an
2  Opposition to respondent's Motion to Dismiss.  If petitioner does not file an
3  Opposition to the Motion to Dismiss or show reasonable cause for his failure
4  to do so within fourteen days of the date of this Order, the Court will deem
5  this matter under submission and will rule on respondent's Motion to
6  Dismiss.
7  DATED:  March 6, 2008

                                                  /s/
                                          JEFFREY W. JOHNSON
                                          United States Magistrate Judge