UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GORDON MOUNTFORD, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA, <br><br> Respondent. | No. CV-07-6272-SVW (JWJ) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued granting the motion to dismiss and dismissing the instant Petition.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: May 6, 2009

_____
STEPHEN V. WILSON
United States District Judge