UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID GORDON MOUNTFORD, | No. CV-07-6272-SVW (JWJ) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting the motion to dismiss and dismissing the Petition.

DATED: May 6, 2009

_____
STEPHEN V. WILSON
United States District Judge